**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7010**

---

JEROME PARKS,

Petitioner - Appellant,

versus

RICK JACKSON,

Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-99-34-3-MU)

---

Submitted: November 4, 1999          Decided: November 10, 1999

---

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jerome Parks, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Parks seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error.

Our review reveals that counsel was not ineffective for failing to challenge Parks' sentence or his indictment. Under North Carolina law, Parks' sentence was properly enhanced because he had a prior conviction for a Class 1 misdemeanor that was not a traffic offense. See N.C. Gen. Stat. § 15A-1340.14 (1997). Parks' indictment clearly reflects that he was charged with two separate counts in connection with his crime, and his written plea colloquy reflects that he pled guilty to each count. Thus, counsel's representation was not deficient for failing to object. See Strickland v. Washington, 466 U.S. 668, 687-91 (1984).

Accordingly, we deny a certificate of appealability and dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED